**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT ROSENDAHL and VERONICA CLARK, on behalf of themselves and all others similarly situated<br><br>　　　　　　　　　　　　Plaintiffs,<br>　vs.<br>BRIDGEPOINT EDUCATION, INC., ASHFORD UNIVERSITY, and UNIVERSITY OF THE ROCKIES,,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 11cv61 WQH (WVG)<br><br>ORDER |

HAYES, Judge:

　　　　The matter before the Court is the Joint Motion for Extension of Time and Plaintiffs' Request to Consolidate Actions (ECF No. 7).

　　　　On January 11, 2011, Plaintiffs initiated this action by filing the Complaint. (ECF No. 1). On January 14, 2011, a Notice of Related Case was filed regarding *Guzman v. Bridgepoint Education, Inc.,* Case No. 11cv69 W (BGS). (ECF No. 3). On February 2, 2011, the Plaintiffs filed the Joint Motion for Extension of Time for Defendants to Respond to the Complaint and Plaintiffs' Request to Consolidate Actions and Appoint Co-Lead Counsel Under Federal Rule of Civil Procedure 42 (ECF No. 7).

　　　　The parties submit a joint proposed order to consolidate the *Rosendahl* and *Guzman* actions as well as other cases not yet filed or assigned to this Court. The Court finds that the requested consolidation order and appointment of counsel is premature.

1     IT IS HEREBY ORDERED that the Joint Motion for Extension of Time is GRANTED
2 and Plaintiffs' Request to Consolidate Actions is DENIED without prejudice (ECF No. 7).
3 Any response is due no later than 21 days from the date of this Order.
4 DATED: February 22, 2011

                                               **WILLIAM Q. HAYES**
                                               United States District Judge